JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WENLI LI,<br><br>      Plaintiff,<br><br>    v.<br><br>UR M. JADDOU, as the Director of the U.S. Citizenship and Immigration Services,<br><br>      Defendant | Case No.: 2:22-CV-1006 CAS (RAOx)<br><br>ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>Honorable Christina A. Snyder<br>United States District Judge |

GOOD CAUSE HAVING BEEN SHOWN, the parties' Stipulation for Voluntary Dismissal of this matter without prejudice is GRANTED. The Scheduling Conference of this matter is hereby vacated. IT IS SO ORDERED.

Dated: April 19, 2023

 

*Christine A. Snyder*
_____
UNITED STATES DISTRICT JUDGE

Stipulation